Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 17−34435−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Oscar M. Sanchez
   10 Phyllis Court
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−8489

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/20/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 20, 2017
JAN: slm

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-34435-RG
Oscar M. Sanchez                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2017
                               Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db            +Oscar M. Sanchez,    10 Phyllis Court,    Wayne, NJ 07470-6519
517212028      AIG Capital Grp successor to Countrywide,    c/o Arch Group,    One Liberty Plaza - 9th Fl,
                New York, NY 10006-1404
517212033      Aurora Bank,    Pob 1706,    Scottsbluff, NE 69363-1706
517212038      Midland Funding, LLC - HCBC Bank,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
517212031      Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
517212041      Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
517212043      Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517212046      Sheriff of Morris County,    PO Box 900,    Morristown, NJ 07963-0900
517212047      Sheriff of Passaic County,    77 Hamilton Street,    Paterson, NJ 07505-2018
517212034      State of New Jersey Division of Taxation,    PO Box 302,    Trenton, NJ 08625-0302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 22:39:46     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 22:39:43     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517212029      EDI: BANKAMER.COM Dec 20 2017 22:23:00     Bank of America,    PO Box 31785,
                Tampa, FL 33631-3785
517212035      E-mail/Text: bcwrtoff@cablevision.com Dec 20 2017 22:40:22     CABLEVISION - OPTIMUM,
                1111 STEWART AVE,    BETHPAGE NY 11714-3581
517212036      EDI: CCS.COM Dec 20 2017 22:23:00     Credit Collections Svc,    Po Box 773,
                Needham, MA 02494-0918
517212030      EDI: GMACFS.COM Dec 20 2017 22:23:00     GMAC,    PO Box 660208,    Dallas, TX 75266
517212032      EDI: IRS.COM Dec 20 2017 22:23:00     Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
517212040      EDI: RESURGENT.COM Dec 20 2017 22:23:00     LVNV Funding, LLC,    PO Box 10497,
                Greenville, SC 29603-0497
517212048      EDI: MID8.COM Dec 20 2017 22:23:00     MCM,    2365 Northside Drive,    Suite 300,
                San Diego, CA 92108-2709
517212042      EDI: PRA.COM Dec 20 2017 22:23:00     PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,
                NORFOLK VA 23541-1067
517212044      E-mail/Text: bkdepartment@rtresolutions.com Dec 20 2017 22:39:53     Real Time Resolutions,
                Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517212045      EDI: SEARS.COM Dec 20 2017 22:23:00     Sears,    PO box 183082,    Columbus, OH 43218-3082
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517212037*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517212039*     Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
                                                                                       TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3